# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW STREAM SECURED CAPITAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10753 (MFW)<br>(Joint Administration Pending) |

## NOTICE OF AGENDA ON MATTERS SCHEDULED FOR FIRST DAY HEARING ON MARCH 15, 2011 AT 10:30 A.M. (EASTERN)[2]

**The agenda sets forth items in the order they appear in the first day motions binder delivered to the court. The status of each is set forth below.**

1. Voluntary Chapter 11 Petitions

    a. New Stream Secured Capital, Inc. (Case No. 11-10753)

    b. New Stream Insurance, LLC (Case No. 11-10754)

    c. New Stream Capital, LLC (Case No. 11-10755)

    d. New Stream Secured Capital, L.P. (Case No. 11-10756)

2. Declaration of Michael Buenzow in Support of Debtors' Chapter 11 Petitions and First Day Motions (Docket No. 6; Filed on March 14, 2011)

    Status: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

### First Day Motions

3. Motion for an Order Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1 Authorizing Joint Administration (Docket No. 7; Filed on March 14, 2011)

    Status: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

[2] The hearing will be held before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

4. Motion for an Order Authorizing Debtors to File Consolidated List of Creditors (Docket No. 8; Filed on March 14, 2011)

   Status: This matter is going forward.

5. Application for Entry of Order Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Notice, Claims and Solicitation Agent *Nunc Pro Tunc* to the Petition Date (Docket No. 9; Filed on March 14, 2011)

   Related Documents:

   (a) Notice of Filing of Exhibit C to Application for Entry of Order Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Notice, Claims and Solicitation Agent *Nunc Pro Tunc* to the Petition Date (Docket No. 18; Filed on March 14, 2011)

   Status: This matter is going forward.

6. Motion for an Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving Form, Manner, and Sufficiency of Notice of Combined Hearings, (IV) Establishing Bar Dates for the Filing of Proofs of Claim or Interests, and (V) Granting Related Relief (Docket No 10; Filed on March 14, 2011)

   Related Documents:

   (a) Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 3; Filed on March 13, 2011)

   (b) Disclosure Statement in Connection with the Prepetition Solicitation of Votes in Respect of the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 4; Filed on March 13, 2011)

   (c) Amendment to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 5; Filed on March 13, 2011)

   Status: This matter is going forward.

7. Motion for an Interim and Final Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b), and Fed. R. Bankr. P. 2015 (I) Authorizing and Approving, Pending the Hearing to be Scheduled to Consider Confirmation of the Debtors' Pre-Packaged Plan of Reorganization, (a) the Debtors' Continued Use of Their Existing Cash Management System, (b) the Debtors' Use of Pre-Petition Bank Accounts and Business Forms, (c) the Continuation of Ordinary Course Intercompany Transactions, and (II) Waiving the Requirements of Section 345(b) with Respect

to the Debtors' Cash Deposits Pending the Debtors' Opening of Debtor-in-Possession Accounts (Docket No. 11; Filed on March 14, 2011)

Status: This matter is going forward.

8. Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 12; Filed on March 14, 2011)

Status: This matter is going forward.

Dated: March 14, 2011
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
J. Cory Falgowski (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778 7500
Facsimile: (302) 778 7575
Email: kgwynne@reedsmith.com
jfalgowski@reedsmith.com

- and -

Michael J. Venditto, Esq.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: mvenditto@reedsmith.com

Proposed Counsel for the Debtors