# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW STREAM SECURED CAPITAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10753 (MFW)<br><br>Joint Administration Pending<br><br>**Hearing Date: To be determined**<br>**Objections Deadline: To be determined** |

**MOTION OF CERTAIN U.S. AND CAYMAN INVESTORS FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 1104 AND 105 OF THE BANKRUPTCY CODE (I) APPOINTING A CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, (II) APPOINTING AN EXAMINER**

The Latta Family Trust, Christiane L. Latta Trust, Jean Y. Rose Revocable Trust, Irwin D. Yalom and Marilyn Yalom, Robert Shostak and Nancy Shostak, Consulta Collateral Fund PCC Ltd., Consulta Alternative Strategy Fund PCC Ltd., Kas Trust Bewaarder Finles Alternative Bond Fund B.V., Kas Trust Bewaarder Finles European Selector Fund B.V., Guernoy Limited, SPL Private Finance (PF2) IC Ltd, The Stillwater Market Neutral II, LP, The Stillwater Matrix Fund, L.P., The Stillwater Market Neutral Fund III SPL – Stillwater Matrix PC, Stratos Non-Directional Fund, LP, ZAM Asset Finance Limited, Toledo Fund LLC, ZCALL, LLC, Mont Blanc Fund–Select, Absolute Return Partners, LLP, and Lillian Kling Trust (collectively, the "Movants"), investors in New Stream Secured Capital Fund (U.S.), L.L.C. (the "US Feeder") and New Stream Secured Capital Fund B2 (Cayman), Ltd.; New Stream Secured Capital Fund D1 (Cayman), Ltd.; New Stream Secured Capital Fund F1 (Cayman), Ltd.; New Stream Secured Capital Fund G1 (Cayman), Ltd.; New Stream Secured Capital Fund K1 (Cayman), Ltd.; New Stream Secured Capital Fund M1 (Cayman), Ltd.; New Stream Secured Capital Fund P1 (Cayman), Ltd.; New Stream Secured Capital Fund T1 (Cayman), Ltd., New Stream Secured Capital Fund AC1 (Cayman), Ltd. (collectively, the "Cayman Feeders"; together, with the

US Feeder, the "US/Cayman Feeders"), move the Court to enter an order: (i) appointing a Chapter 11 trustee in the above-captioned bankruptcy cases pursuant to 11 U.S.C. §§ 1104(a) and 105 and Fed. R. Bankr. P. 2007.1; or, in the alternative, (ii) appointing an examiner pursuant to 11 U.S.C. § 1104(c) and Fed. R. Bankr. P. 2007.1 (the "Motion"). In support of the Motion, the Movants respectfully annex as Exhibit A the *Motion of Certain U.S. and Cayman Investors for Entry of an Order pursuant to Sections 1104 and 105 of the Bankruptcy Code (i) Appointing a Chapter 11 Trustee Prior to Entry of Order for Relief or, in the Alternative, (ii) Appointing an Examiner* (the "Involuntary Trustee Motion"), which was filed in the involuntary chapter 11 cases of New Stream Secured Capital Fund (U.S.), L.L.C., Case No. 11-10690 (MFW); New Stream Secured Capital Fund P1 (Cayman), Ltd., Case No. 11-10694 (MFW); and New Stream Secured Capital Fund K1 (Cayman), Ltd., Case No. 11-10696 (MFW) (collectively, the "Involuntary Cases") [Docket No. 2].[1] The Involuntary Trustee Motion is incorporated by reference as if fully set forth at length herein.

WHEREFORE, the Movants respectfully request that this Court enter an Order in the form attached hereto: (i) authorizing and directing the United States Trustee to appoint a Chapter 11 trustee for the above-captioned debtors pursuant to §§ 1104(a) and 105 of the Bankruptcy Code and Bankruptcy Rule 2007.1; or, alternatively, (ii) authorizing and directing the United States Trustee to appoint an examiner for the above-captioned debtors pursuant to section 1104(c) of the Code and Bankruptcy Rule 2007.1; and (iii) granting such other and further relief as the Court may deem just and proper.

---

[1] Because of the size of the exhibits to the Involuntary Trustee Motion, the Movants have not annexed them to Exhibit A hereto. These exhibits are attached to the *Declaration of David M. Green in Support of the Motion of Certain U.S. and Cayman Investors for Entry of an Order pursuant to Sections 1104 and 105 of the Bankruptcy Code (i) Appointing a Chapter 11 Trustee Prior to Entry of Order for Relief or, in the Alternative, (ii) Appointing an Examiner* (the "Green Declaration"). Parties are referred to the Green Declaration, which was filed as Docket No. 4 in each of the Involuntary Cases.

|  |  |
|---|---|
| | Respectfully Submitted, |
| Dated: March 14, 2011 | STEVENS & LEE, P.C. |

*/s/ Maria Aprile Sawczuk*
Joseph H. Huston, Jr. (No. 4035)
Maria Aprile Sawczuk (No. 3320)
Meghan A. Cashman (No. 5463)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310; -3306; -3307
Facsimile: (610) 371-7972
Email: jhh/masa/maca@stevenslee.com

-and-

Beth Stern Fleming
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 575-0100
Email: bsf@stevenslee.com

-and-

Nicholas F. Kajon, Esq.
David M. Green, Esq.
Constantine Pourakis, Esq.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 319-8500
Email: nfk@stevenslee.com
   dmg@stevenslee.com
   cp@stevenslee.com

-and-

TOPTANI LAW OFFICES
Edward Toptani, Esquire
127 E. 59th Street, 3rd Floor
New York, NY 10022
Telephone: (212) 699-8930
Email: edward@toptanilaw.com

-and-

MAZZEO SONG & BRADHAM LLP
John M Bradham, Esquire
David Hartheimer, Esquire
708 Third Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 599-0700
Email: jbradham@mazzeosong.com
       dhartheimer@mazzeosong.com

*Counsel for Movants*