ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW STREAM SECURED CAPITAL,<br>INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10753 (MFW)<br>(Jointly Administered)<br><br>Re: Docket No. 57 |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS ORDERED, that the following omnibus hearing dates have been scheduled in the above-referenced matter:

April 8, 2011 at 9:30 a.m. (Eastern)

May 16, 2011 at 11:30 a.m. (Eastern)

June 22, 2011 at 1:00 p.m. (Eastern)

Dated: March 18, 2011
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.