IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW STREAM SECURED CAPITAL, INC., et al.,[1] | Case No. 11-10753 (MFW) (Jointly Administered) |
| Debtors. | Re: Docket No. 12 |

**CERTIFICATION OF COUNSEL SUBMITTING INTERIM ORDER (I) APPROVING DEBTOR-IN-POSSESSION FINANCING PURSUANT TO 11 U.S.C. §§ 105(A), 362, AND 364 AND FED. BANKR. P. 2002, 4001 AND 9014 AND LOCAL BANKRUPTCY RULE 4001-2; (II) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363 OF THE BANKRUPTCY CODE; (III) GRANTING ADEQUATE PROTECTION AND SUPERPRIORITY ADMINISTRATIVE CLAIMS; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF**

I, J. Cory Falgowski, certify as follows:

1. I am an attorney with Reed Smith LLP and serve as proposed counsel for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

2. On March 13, 2011 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief pursuant to title 11 of chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

3. On March 14, 2011, the Debtors filed the Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

(III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (the "Motion"; D.I. 12).

4. On March 15, 2011, the Court held a first day hearing on the Motion, as well as certain other first day motions and applications. At the first day hearing, the Court approved the Motion on an interim basis pending a final hearing on April 1, 2011 at 9:30 a.m.

5. Attached as Exhibit 2 is a clean copy of the final version of the proposed Interim Order (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (the "Interim DIP Order"). The form of Interim DIP Order has been reviewed and approved by the Office of the United States Trustee (David L. Buchbinder, Esquire).

6. A redline showing all revisions to the original proposed order (as attached to the Motion) is attached as Exhibit 2.

7. Based on the foregoing, the Debtors respectfully request that the Court enter the final version of the Interim DIP Order attached as Exhibit 1.

Pursuant to 28 U.S.C. § 1746(2), I hereby certify that the foregoing is true and correct.

Dated: March 21, 2010
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ J. Cory Falglowski
    Kurt F. Gwynne (No. 3951)
    J. Cory Falgowski (No. 4546)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575

- and -

Michael J. Venditto, Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

Proposed Counsel for New Stream Secured Capital, Inc., *et al.*, Debtors and Debtors-in-Possession