# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW STREAM SECURED CAPITAL, INC., *et al.*,[1] | Case No. 11-10753 (MFW) (Jointly Administered) |
| Debtors. | |

## SECOND[2] AMENDED NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON APRIL 1, 2011 AT 9:30 A.M. (EASTERN)

**CONTESTED MATTERS:**

1.  Final Hearing on Motion for an Interim and Final Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b), and Fed. R. Bankr. P. 2015 (I) Authorizing and Approving, Pending the Hearing to be Scheduled to Consider Confirmation of the Debtors' Pre-Packaged Plan of Reorganization, (a) the Debtors' Continued Use of Their Existing Cash Management System, (b) the Debtors' Use of Pre-Petition Bank Accounts and Business Forms, (c) the Continuation of Ordinary Course Intercompany Transactions, and (II) Waiving the Requirements of Section 345(b) with Respect to the Debtors' Cash Deposits Pending the Debtors' Opening of Debtor-in-Possession Accounts (Docket No. 11; Filed on March 14, 2011)

    Related Documents:

    a.  Certification of Counsel Submitting Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b), and Fed. R. Bankr. P. 2015 (I) Authorizing and Approving, (a) the Debtors' Continued Use of Their Existing Cash Management System, (b) the Debtors' Use of Pre-Petition Bank Accounts and Business Forms, (c) the Continuation of Ordinary Course Intercompany Transactions, and (II) Waiving the Requirements of Section 345(b) with Respect to the Debtors' Cash Deposits Pending the Debtors' Opening of Debtor-in-Possession Accounts (Docket No. 73; Filed on March 21, 2011)

    b.  Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b), and Fed. R. Bankr. P. 2015 (I) Authorizing and Approving, (a) the Debtors' Continued Use of Their Existing Cash Management System, (b) the Debtors' Use of Pre-Petition Bank

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

[2] **Amended items appear in bold.**

  Accounts and Business Forms, (c) the Continuation of Ordinary Course Intercompany Transactions, and (II) Waiving the Requirements of Section 345(b) with Respect to the Debtors' Cash Deposits Pending the Debtors' Opening of Debtor-in-Possession Accounts (Docket No. 84; Filed on Entered on March 22, 2011)

 c. Notice of Interim Cash Management Order and Final Cash Management Hearing (Docket No. 85; Filed on March 22, 2011)

 d. Notice of Filing of Proposed Final Cash Management Order (Docket No. 117; Filed on March 30, 2011)

 e. Notice of Filing of Additional Documents in Support of Final Approval of Cash Management Motion (Docket No. 119; Filed on March 30, 2011)

Response Deadline: March 29, 2010 at 4:00 p.m.

Objections/Responses Received:

 f. Objection of Certain US/Cayman Investors to the Motion for a Final Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b), and Fed.R.Bankr.P. 2015 (I) Authorizing and Approving, Pending the Hearing to be Scheduled to Consider Confirmation of the Debtors Pre-Packaged Plan of Reorganization (A) the Debtors Continued Use of Their Existing Cash Management System, (B) the Debtors Use of Pre-Petition Bank Accounts and Business Forms, (C) the Continuation of Ordinary Course Intercompany Transactions, and (II) Waiving the Requirements of Section 345(b) with Respect to the Debtors Cash Deposits Pending the Debtors Opening of Debtor-in-Possession Accounts (Docket No. 113; Filed on March 29, 2011)

Status: This matter is going forward.

2. Final Hearing on Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 12; Filed on March 14, 2011)

Related Documents:

 a. Certification of Counsel Submitting Interim Order (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and

Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 74; Filed on March 21, 2011.

b. Interim Order (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 86; Entered on March 22, 2011)

c. Notice of Interim DIP Financing Order and Final DIP Financing Hearing (Docket No. 87; Filed on March 22, 2011)

d. Notice of Filing Proposed Order Approving Debtor-in-Possession Financing Docket No. 118; Filed on March 30, 2011)

Response Deadline:     March 29, 2010 at 4:00 p.m.

Objections/Responses Received:

e. Objection of Certain US/Cayman Investors to the Motion of the Debtors for a Final Order Under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties (Docket No. 115; Filed on March 29, 2011)

f. Exhibits C and D to Objection of Certain US/Cayman Investors to the Motion of the Debtors for a Final Order Under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014:  (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties (Docket No. 116; Filed on March 29, 2011)

g. Objection of Topwater Exclusive Funds III, LLC to Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 122; Filed on March 30, 2011)

h. **Debtors' Response to Objection of Certain US/Cayman Investors to the Motion of the Debtors for a Final Order Under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014: (I) Authorizing Debtors to Obtain Post Petition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties (Docket No. 132; Filed on March 31, 2011)**

Status: This matter is going forward.

3. Motion of Certain US/Cayman Investors for Entry of an Order (A) Granting Movants Standing in These Cases and (B) Permitting Expedited Discovery Related to (i) the Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (ii) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 78; Filed on March 21, 2011)

Related Documents:

a. Order Granting Motion to Shorten Notice and the Objection Period for Motion of Certain US/Cayman Investors for Entry of an Order (A) Granting Movants Standing in these Cases and (B) Permitting Expedited Discovery Related to (i) the Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (ii) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 82; Filed on March 22, 2011)

b. Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 3; Filed on March 13, 2011)

c. Disclosure Statement in Connection with the Prepetition Solicitation of Votes in Respect of the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 5; Filed on March 13, 2011)

d. Amendment to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 5; Filed on March 13, 2011)

e. Motion for an Order (I) Scheduling a Combined Hearing on Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving Form, Manner and Sufficiency of Notice of Combined Hearing, (IV) Establishing Bar Dates for the Filing of Proofs of Claim or Interests, and (V) Granting Related Relief (Docket No. 10; Filed on March 14, 2011)

f. Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing and Examiner (Docket No. 24; March 14, 2011)

g. Motion of Certain US/Cayman Investors for Entry of an Order Pursuant to Rules 26, 30, 33 and 34 of the Federal Rules of Civil Procedure and Rules 7026, 7030, 7033 and 7034 of the Federal Rules of Bankruptcy Procedure Permitting Expedited Discovery Related to the Pending Motion Seeking the Appointment of a Chapter 11 Trustee (Docket No. 25; March 14, 2011)

Response Deadline: March 31, 2010 at 12:00 Noon.

Objections/Responses Received:

h. Debtors' Opposition to Motion of Certain US/Cayman Investors for Entry of an Order (A) Granting Movants Standing in These Cases and (B) Permitting Expedited Discovery Related to (I) The Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (II) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 123; March 31, 2011)

i. Joinder of Joint NSSC Receivers to Opposition to Motion of Certain US/Cayman Investors for Entry of an Order Permitting Expedited Discovery Related to (I) the Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (II) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 124; March 31, 2011)

Status: This matter is going forward.

Dated: March 31, 2011
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: J. Cory Falgowski
Kurt F. Gwynne (No. 3951)
J. Cory Falgowski (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778 7500
Facsimile: (302) 778 7575
Email: kgwynne@reedsmith.com
jfalgowski@reedsmith.com

- and -

Michael J. Venditto, Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: mvenditto@reedsmith.com

Proposed Counsel for the Debtors

US_ACTIVE-105902465.1