# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | New Stream Secured Capital, Inc. |
| **Case Number:** | 11-10753-MFW     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 01, 2011 09:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Second Day Motions

**R / M #:**   134 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Item 1 - Order due under Certification of Counsel
- Item 2 - Order due under Certification of Counsel
- Item 3 - Order due under Certification of Counsel