# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | New Stream Secured Capital, Inc. |
| **Case Number:** | 11-10753-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 08, 2011 09:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matter:

Omnibus

**R / M #:**   161 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
- Items 1 through 3 - Continued to 4/14/11
- Item 4 - Order entered
- Item 5 - Order entered
- Item 6 - Continued to 4/14/11