# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW STREAM SECURED CAPITAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10753 (MFW)<br>(Jointly Administered)<br><br>Re: Docket Nos. 3, 4, 5, 24, 91, 92 and 160 |

**NOTICE OF ADJOURNMENT OF (I) COMBINED HEARING ON (A) ADEQUACY OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES AND (B) CONFIRMATION OF PLAN OF REORGANIZATION AND RELATED MATTERS AND (II) MOTION OF CERTAIN U.S. AND CAYMAN INVESTORS FOR ENTRY OF A ORDER PURSUANT TO SECTIONS 1104 AND 1105 OF THE BANKRUPTCY CODE APPOINTING A CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, APPOINTING AN EXAMINER**

PLEASE TAKE NOTICE On March 13, 2011, (the "Petition Date"), New Stream Secured Capital, Inc. ("NSCI"), New Stream Insurance, LLC ("NSI"), New Stream Capital, LLC ("NSC") and New Stream Secured Capital, L.P. ("NSSC" and, together with NSCI, NSI and NSC, the "Debtors"), filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and, simultaneously their Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, dated January 24, 2011 (as amended, modified and/or supplemented, the "Plan"; D.I. 3), the Amendment to the Plan (D.I. 5) and the Disclosure Statement Relating to the Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code (the "Disclosure Statement"; D.I. 4).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

PLEASE TAKE FURTHER NOTICE that the combined hearing scheduled on April 25, 2011, at 3:00 p.m. (Eastern)[2] to consider the adequacy of Disclosure Statement, adequacy of the solicitation procedures utilized in connection with prepetition of votes to accept or reject the Plan, and confirmation of the Plan **has been adjourned to a date to be determined**. In addition, the deadline to file objections or responses to the Disclosure Statement, the solicitation procedures and the Plan set for April 21, 2011, at 4:00 p.m. (Eastern) **has also been adjourned to a date to be determined.**

PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion of Certain U.S. and Cayman Investors (the "Investors") for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing an Examiner (the "Motion to Appoint"; D.I. 24) scheduled for April 25, 2011, at 3:00 p.m. (Eastern) [3] **has been adjourned to a date to be determined**. In addition, the deadline to file responses to the Motion to Appoint set for April 18, 2011 at 4:00 p.m. (Eastern) **has been adjourned to a date to be determined.**

---

[2] See Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and Confirmation Of Plan, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving Form, Manner, and Sufficiency of Notice of Combined Hearing, (IV) Establishing Bar Dates for the Filing of Proofs of Claim or Interests, and (V) Granting Related Relief (D.I. 91).

[3] See Notice of Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing an Examiner (D.I. 160).

Dated: April 15, 2011
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:   /s/ J. Cory Falgowski
      Kurt F. Gwynne (No. 3951)
      J. Cory Falgowski (No. 4546)
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575

- and -

Michael J. Venditto, Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Proposed Counsel for Debtors and Debtors-in-Possession*