# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Stream Secured Capital, Inc. | | |
| **Case Number:** | 11-10753-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 14, 2011 03:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## Matter:

DIP (Cont. from 4/8)

**R / M #:**   200 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
    Items 1 and 2 - Continued to 4/25/11
    Item 3- Interim Order due under Certification of Counsel
    Item 4 - Status conference on discovery issues held and continued 4/25/11