# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW STREAM SECURED CAPITAL, INC., *et al.*,[1] | Case No. 11-10753 (MFW) (Jointly Administered) |
| Debtors. | |

## NOTICE OF <u>SECOND AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 25, 2011 AT 3:00 P.M. (EASTERN)

**CONTINUED MATTERS:**

1. Combined Hearing on (A) Adequacy of Disclosure Statement and Prepetition Solicitation Procedures (B) and Confirmation of Plan of Reorganization

    <u>Related Documents</u>:

    a. Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 3; Filed on March 13, 2011)

    b. Disclosure Statement in Connection with the Prepetition Solicitation of Votes in Respect of the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 4; Filed on March 13, 2011)

    c. Amendment to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 5; Filed on March 13, 2011)

    d. Order (I) Scheduling a Combined Hearing on Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving Form, Manner and Sufficiency of Notice of Combined Hearing, (IV) Establishing Bar Dates for the Filing of Proofs of Claim or Interests, and (V) Granting Related Relief (Docket No. 91; Filed on March 24, 2011)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

[2] **Amended items appear in bold.**

e. Notice of Combined Hearing on (A) Adequacy of Disclosure Statement and Prepetition Solicitation Procedures (B) and Confirmation of Plan of Reorganization and, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, and (III) Bar Dates for the Filing of Proofs of Claim or Interests (Docket No. 92; March 24, 2011)

f. Notice of Adjournment of (I) Combined Hearing on (A) Adequacy of Disclosure Statement and Solicitation Procedures and (B) Confirmation of Plan of Reorganization and Related Matters and (II) Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code Appointing a Chapter 11 Trustee or, in the Alternative Appointing and Examiner (Docket No. 205; Filed on April 15, 2011)

Response Deadline:   To Be Determined.

Objections/Responses Received:

g. Statement of NSI Receiver and the Joint NSSC Receivers in Connection with (I) the Motion of Certain US/Cayman Investors for Entry of an Order Granting Movants' Standing and Permitting Expedited Discovery and (ii) Order Scheduling Combined Hearing on Adequacy of the Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan (Docket No. 191; Filed on April 13, 2011)

h. Supplement to Statement of NSI Receiver and the Joint NSSC Receivers in Connection with (I) the Motion of Certain US/Cayman Investors for Entry of an Order Granting Movants' Standing and Permitting Expedited Discovery and (ii) Order Scheduling Combined Hearing on Adequacy of the Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan (Docket No. 212; Filed on April 15, 2011)

i. United States' Limited Objection to Confirmation (Docket No. 231; Filed on April 20, 2011)

Status: This matter has been adjourned to a date to be determined.

2. Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing and Examiner (Docket No. 24; March 14, 2011)

Related Documents:

a. Notice of Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing and Examiner (Docket No. 160; March 14, 2011)

b. Notice of Adjournment of Adjournment of (I) Combined Hearing on (A) Adequacy of Disclosure Statement and Solicitation Procedures and (B) Confirmation of Plan of Reorganization and Related Matters and (II) Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code Appointing a Chapter 11 Trustee or, in the Alternative Appointing and Examiner (Docket No. 205; Filed on April 15, 2011)

Response Deadline: To Be Determined.

Objections/Responses Received: None to date.

Status: This matter has been adjourned to a date to be determined.

3. Debtors' Motion for an Order Pursuant to Sections 363 and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to Pay the Expenses of the Joint NSSC Receivers (Docket No. 90; Filed on March 24, 2011)

Related Documents: None.

Response Deadline: April 1, 2010 at 4:00 p.m.

Objections/Responses Received:

a. Opposition of Certain US/Cayman Investors to Debtors' Motion for an Order Pursuant to Sections 363 and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to Pay the Expenses of the Joint NSSC Receivers (Docket No. 144; April 1, 2011)

b. Response of the Joint NSSC Receivers' to Opposition of Certain US/Cayman Investors to Debtors' Motion for an Order Pursuant to Sections 363 and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to Pay the Expenses of the Joint NSSC Receivers (Docket No. 153; April 5, 2011)

c. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for an Order Pursuant to Sections 363 and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to Pay the Expenses of the Joint NSSC Receivers (Docket No. 180; Filed on April 11, 2011)

Status: This matter has been adjourned to a date to be determined.

**CONTESTED MATTERS**:

4. Final Hearing on Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims;

(IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 12; Filed on March 14, 2011)

Related Documents:

a.  Certification of Counsel Submitting Interim Order (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 74; Filed on March 21, 2011)

b.  Interim Order (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 86; Entered on March 22, 2011)

c.  Notice of Interim DIP Financing Order and Final DIP Financing Hearing (Docket No. 87; Filed on March 22, 2011)

d.  Notice of Filing Proposed Order Approving Debtor-in-Possession Financing Docket No. 118; Filed on March 30, 2011)

e.  Supplemental Interim Order (I) Approving Interim Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 173; Entered on April 8, 2011)

f.  Second Supplemental Interim Order (I) Approving Interim Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 210; Entered on April 15, 2011)

**l.  Certification of Counsel Submitting Stipulation Resolving Certain Objections to (A) Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule**

**4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief and (B) Debtors' Motion For An Order (I) Approving Bid Incentives, Including Break-Up Fee, And (II) Granting Related Relief (Docket No. 252; Filed on April 22, 2011)**

Response Deadline:   March 29, 2010 at 4:00 p.m.

Objections/Responses Received:

g.  Objection of Certain US/Cayman Investors to the Motion of the Debtors for a Final Order Under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties (Docket No. 115; Filed on March 29, 2011)

h.  Exhibits C and D to Objection of Certain US/Cayman Investors to the Motion of the Debtors for a Final Order Under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties (Docket No. 116; Filed on March 29, 2011)

i.  Objection of Topwater Exclusive Funds III, LLC to Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code; (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (Docket No. 122; Filed on March 30, 2011)

j.  Debtors' Response to Objection of Certain US/Cayman Investors to the Motion of the Debtors for a Final Order Under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014: (I) Authorizing Debtors to Obtain Post Petition Financing; (II) Authorizing Debtors to Use Cash Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties (Docket No. 132; Filed on March 31, 2011)

k.  Objection of the Official Committee of Unsecured Creditors of New Stream Capital, Inc., *et al*., to Motion of the Debtors for a Final Order Under Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(e) and 507 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014: (I) Authorizing Debtors to Obtain Post Petition Financing; (II) Authorizing Debtors to Use Cash

Collateral; and (III) Granting Adequate Protection to Prepetition Secured Parties (Docket No. 182; Filed on April 11, 2011)

Status: **The Debtors and the objecting parties have entered into a stipulation that, *inter alia*, resolves the objections. The Debtors intend to present a proposed form of order and seek approval of the stipulation at the hearing.**

5.  Debtors' Motion for an Order (I) Approving Bid Incentives, Including Break-Up Fee, and (II) Granting Related Relief (Docket No. 58; Filed on March 17, 2011)

    Related Documents:

    **d.    Certification of Counsel Submitting Stipulation Resolving Certain Objections to (A) Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief and (B) Debtors' Motion For An Order (I) Approving Bid Incentives, Including Break-Up Fee, And (II) Granting Related Relief (Docket No. 252; Filed on April 22, 2011)**

    Response Deadline:    April 1, 2010 at 4:00 p.m.

    Objections/Responses Received:

    a.  United States Trustee's Objection to Debtors' Motion for an Order (I) Approving Bid Incentives, Including Break-Up Fee, and (II) Granting Related Relief (Docket No. 133; Filed on March 31, 2011)

    b.  Objection by Certain US/Cayman Investors to Debtors' Motion for an Order (I) Approving Bid Incentives, Including Break-Up Fee, and (II) Granting Related Relief (Docket No. 147; Filed on April 4, 2011)

    c.  Objection of the Official Committee of Unsecured Creditors of New Stream Capital, Inc., *et al*., to Debtors' Motion for an Order (I) Approving Bid Incentives, Including Break-Up Fee, and (II) Granting Related Relief (Docket No. 181; Filed on April 11, 2011)

    Status: **The Debtors and certain objecting parties have entered into a stipulation that, *inter alia*, resolves certain objections and have been engaged in discussions to resolve the objection of the Office of the United States Trustee. The Debtors intend to present a proposed form of order and seek approval of the stipulation at the hearing.**

6. Motion of Certain US/Cayman Investors for Entry of an Order (A) Granting Movants Standing in These Cases and (B) Permitting Expedited Discovery Related to (i) the Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (ii) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 78; Filed on March 21, 2011)

   Related Documents:

   a. Order Granting Motion to Shorten Notice and the Objection Period for Motion of Certain US/Cayman Investors for Entry of an Order (A) Granting Movants Standing in these Cases and (B) Permitting Expedited Discovery Related to (i) the Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (ii) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 82; Filed on March 22, 2011)

   b. Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing and Examiner (Docket No. 24; March 14, 2011)

   c. Motion of Certain US/Cayman Investors for Entry of an Order Pursuant to Rules 26, 30, 33 and 34 of the Federal Rules of Civil Procedure and Rules 7026, 7030, 7033 and 7034 of the Federal Rules of Bankruptcy Procedure Permitting Expedited Discovery Related to the Pending Motion Seeking the Appointment of a Chapter 11 Trustee (Docket No. 25; March 14, 2011)

   d. Order (I) Scheduling a Combined Hearing on Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving Form, Manner and Sufficiency of Notice of Combined Hearing, (IV) Establishing Bar Dates for the Filing of Proofs of Claim or Interests, and (V) Granting Related Relief (Docket No. 91; Filed on March 24, 2011)

   e. Notice of Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing and Examiner (Docket No. 160; March 14, 2011)

   f. Order Approving Stipulation Regarding List from Guggenheim Partners, LLC (Docket No. 174; Entered on April 8, 2011)

   g. Certification of Counsel Regarding Proposed Order Granting Motion of Certain US/Cayman Investors for Entry of an Order Permitting Discovery, Proposed Form of Document Request and Outstanding Disputes Between Counsel (Docket No. 194; Filed on April 13, 2011)

- 7 -

US_ACTIVE-106020583.4

m. Certification of Counsel Regarding Proposed Order Granting Motion of Certain US/Cayman Investors for Entry of an Order Permitting Discovery, Proposed Form of Document Request, and Sole Outstanding Dispute Between Counsel (Docket No. 228; Filed on April 20, 2011) [Includes Corrected Exhibit 1 - Docket No. 229; Filed on April 20, 2011]

**n. Revised Certification of Counsel Regarding Proposed Order Granting Motion of Certain US/Cayman Investors for Entry of an Order Permitting Discovery and Proposed Form of Document Request (Docket No. 234; Filed on April 21, 2011)**

Response Deadline: March 31, 2010 at 12:00 Noon.

Objections/Responses Received:

h. Debtors' Opposition to Motion of Certain US/Cayman Investors for Entry of an Order (A) Granting Movants Standing in These Cases and (B) Permitting Expedited Discovery Related to (I) The Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (II) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 123; March 31, 2011)

i. Joinder of Joint NSSC Receivers to Opposition to Motion of Certain US/Cayman Investors for Entry of an Order Permitting Expedited Discovery Related to (I) the Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (II) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 124; March 31, 2011)

j. Declaration of David M. Green in Reply to Opposition, and in Further Support of Motion of Certain US/Cayman Investors for Entry of an Order (A) Granting Movants Standing in These Cases and (B) Permitting Expedited Discovery Related to (I) The Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (II) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 127; March 31, 2011)

k. Statement of NSI Receiver and the Joint NSSC Receivers in Connection with (I) the Motion of Certain US/Cayman Investors for Entry of an Order Granting Movants' Standing and Permitting Expedited Discovery and (ii) Order Scheduling Combined Hearing on Adequacy of the Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan (Docket No. 191; Filed on April 13, 2011)

l. Supplement to Statement of NSI Receiver and the Joint NSSC Receivers in Connection with (I) the Motion of Certain US/Cayman Investors for Entry of an Order Granting Movants' Standing and Permitting Expedited Discovery and (ii) Order Scheduling Combined Hearing on Adequacy of the Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan (Docket No. 212; Filed on April 15, 2011)

o.  **Statement of the NSI Receiver and the Joint NSSC Receivers in Connection with Certification of Counsel Regarding Proposed Order Granting Motion of Certain US/Cayman Investors for Entry of an Order Permitting Discovery, Proposed Form of Document Request, and Sole Outstanding Dispute Between Counsel (Docket No. 236; Filed on April 21, 2011)**

p.  **Response of Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al.*, to Statement of the NSI Receiver and the Joint NSSC Receivers in Connection with Certification of Counsel Regarding Proposed Order Granting Motion of Certain US/Cayman Investors for Entry of an Order Permitting Discovery, Proposed Form of Document Request, and Sole Outstanding Dispute Between Counsel (Docket No. 248; Filed on April 22, 2011)**

q.  **Notice of Proposed Order Amending Order Granting Motion of Certain US/Cayman Investors for Entry of an Order (A) Granting Movants Standing in These Cases and (B) Permitting Expedited Discovery Related to (i) the Debtors' Motion for Approval of Disclosure Statement and Confirmation of Plan and (ii) the Movants' Motion for Appointment of a Chapter 11 Trustee (Docket No. 249; Filed on April 22, 2011)**

r.  **Reply of Certain US/Cayman Investors to Statement of the NSI Receiver and the Joint NSSC Receivers in Connection with Certification of Counsel Regarding Proposed Order Granting Motion of Certain US/Cayman Investors for Entry of an Order Permitting Discovery (Docket No. 253; Filed on April 25, 2011)**

s.  **Exhibit 1 to Reply of Certain US/Cayman Investors to Statement of the NSI Receiver and the Joint NSSC Receivers in Connection with Certification of Counsel Regarding Proposed Order Granting Motion of Certain US/Cayman Investors for Entry of an Order Permitting Discovery (Docket No. 254; Filed on April 25, 2011)**

Status: This matter is going forward with regard to the status of discovery and the proposed form of order.  **On April 21, 2011, the US/Cayman Investors submitted a revised proposed form of order under a revised certification of counsel.  The Debtors are agreeable to entry of the revised proposed form of order.  However, on April 21, 2011, the NSI Receiver and Joint NSSC filed a statement advising that they were not agreeable to the entry of the revised proposed form of order and on April 22, 2011, the Receivers filed a proposed form of order.  As a result, the parties will present any remaining disputes regarding the proposed forms of order at the hearing.**

7.  Application of the Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 327(a), 328, 329, Fed.R.Bankr.P. 2104 and 2016 and Del.Bankr.L.R. 2014-1 and 2106-1 Authorizing the Employment and Retention of Reed Smith LLP as Their Bankruptcy Counsel *Nunc Pro Tunc* to the Petition Date (Docket No. 108; Filed on March 28, 2011)

    Related Documents:

    a.  Supplemental Declaration of Scott M. Esterbrook in Further Support of Application of the Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 327(a), 328, 329, Fed.R.Bankr.P. 2104 and 2016 and Del.Bankr.L.R. 2014-1 and 2106-1 Authorizing the Employment and Retention of Reed Smith LLP as Their Bankruptcy Counsel *Nunc Pro Tunc* to the Petition Date (Docket No. 224; Filed on April 19, 2011)

    Response Deadline:   April 18, 2010 at 4:00 p.m.

    Objections/Responses Received:   None to date.

    Status: This matter is going forward. The Debtors will present a revised form of order at the hearing which will include reference to the supplemental declaration filed on April 19, 2011.

Dated: April 25, 2011
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By:   J. Cory Falgowski
Kurt F. Gwynne (No. 3951)
J. Cory Falgowski (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778 7500
Facsimile: (302) 778 7575
Email: kgwynne@reedsmith.com
        jfalgowski@reedsmith.com

- and -

Michael J. Venditto, Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: mvenditto@reedsmith.com

Proposed Counsel for the Debtors