# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | New Stream Secured Capital, Inc. | | |
| **Case Number:** | 11-10753-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, APRIL 25, 2011 03:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

1) Confirmation
   **R / M #:**   0 / 0
   **VACATED:  Continued**

2) Final DIP
   **R / M #:**   255 / 0

3) Bid Procedures
   **R / M #:**   0 / 0

4) Discovery issues
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Items 1 through 3 - Continued
   Item 4 - Order entered
   Item 5 - Order entered
   Item 6 - Order entered
   Item 7 - Order entered