# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEW STREAM SECURED CAPITAL, INC., *et al.*,[1] | Case No. 11-10753 (MFW) (Jointly Administered) |
| Debtors. | |

## NOTICE OF <u>AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2011 AT 11:30 A.M. (EASTERN)

**CONTINUED MATTERS:**

1. Combined Hearing on (A) Adequacy of Disclosure Statement and Prepetition Solicitation Procedures (B) and Confirmation of Plan of Reorganization

   <u>Related Documents</u>:

   a. Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 3; Filed on March 13, 2011)

   b. Disclosure Statement in Connection with the Prepetition Solicitation of Votes in Respect of the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 4; Filed on March 13, 2011)

   c. Amendment to the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (Docket No. 5; Filed on March 13, 2011)

   d. Order (I) Scheduling a Combined Hearing on Adequacy of Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving Form, Manner and Sufficiency of Notice of Combined Hearing, (IV) Establishing Bar Dates for the Filing of Proofs of Claim or Interests, and (V) Granting Related Relief (Docket No. 91; Filed on March 24, 2011)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: New Stream Secured Capital, Inc. (3903), New Stream Insurance, LLC (6966), New Stream Capital, LLC (0364) and New Stream Secured Capital, L.P. (2948). The corporate address of the Debtors is 38C Grove Street, Ridgefield, CT 06877.

[2] **Amended items appear in bold.**

e. Notice of Combined Hearing on (A) Adequacy of Disclosure Statement and Prepetition Solicitation Procedures (B) and Confirmation of Plan of Reorganization and, (II) Establishing Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan, and (III) Bar Dates for the Filing of Proofs of Claim or Interests (Docket No. 92; March 24, 2011)

f. Notice of Adjournment of (I) Combined Hearing on (A) Adequacy of Disclosure Statement and Solicitation Procedures and (B) Confirmation of Plan of Reorganization and Related Matters and (II) Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code Appointing a Chapter 11 Trustee or, in the Alternative Appointing and Examiner (Docket No. 205; Filed on April 15, 2011)

Response Deadline: To Be Determined.

Objections/Responses Received:

g. Statement of NSI Receiver and the Joint NSSC Receivers in Connection with (I) the Motion of Certain US/Cayman Investors for Entry of an Order Granting Movants' Standing and Permitting Expedited Discovery and (ii) Order Scheduling Combined Hearing on Adequacy of the Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan (Docket No. 191; Filed on April 13, 2011)

h. Supplement to Statement of NSI Receiver and the Joint NSSC Receivers in Connection with (I) the Motion of Certain US/Cayman Investors for Entry of an Order Granting Movants' Standing and Permitting Expedited Discovery and (ii) Order Scheduling Combined Hearing on Adequacy of the Disclosure Statement and Prepetition Solicitation Procedures and Confirmation of Plan (Docket No. 212; Filed on April 15, 2011)

i. United States' Limited Objection to Confirmation (Docket No. 231; Filed on April 20, 2011)

Status: This matter has been adjourned to a date to be determined.

2. Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing and Examiner (Docket No. 24; March 14, 2011)

Related Documents:

a. Notice of Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code (I) Appointing a Chapter 11 Trustee or, in the Alternative, (II) Appointing and Examiner (Docket No. 160; March 14, 2011)

b. Notice of Adjournment of Adjournment of (I) Combined Hearing on (A) Adequacy of Disclosure Statement and Solicitation Procedures and (B) Confirmation of Plan of Reorganization and Related Matters and (II) Motion of Certain U.S. and Cayman Investors for Entry of an Order Pursuant to Sections 1104 and 105 of the Bankruptcy Code Appointing a Chapter 11 Trustee or, in the Alternative Appointing and Examiner (Docket No. 205; Filed on April 15, 2011)

Response Deadline: To Be Determined.

Objections/Responses Received: None to date.

Status: This matter has been adjourned to a date to be determined.

3. Debtors' Motion for an Order Pursuant to Sections 363 and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to Pay the Expenses of the Joint NSSC Receivers (Docket No. 90; Filed on March 24, 2011)

Related Documents: None.

Response Deadline: April 1, 2011 at 4:00 p.m.

Objections/Responses Received:

a. Opposition of Certain US/Cayman Investors to Debtors' Motion for an Order Pursuant to Sections 363 and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to Pay the Expenses of the Joint NSSC Receivers (Docket No. 144; April 1, 2011)

b. Response of the Joint NSSC Receivers' to Opposition of Certain US/Cayman Investors to Debtors' Motion for an Order Pursuant to Sections 363 and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to Pay the Expenses of the Joint NSSC Receivers (Docket No. 153; April 5, 2011)

c. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for an Order Pursuant to Sections 363 and 1108 of the Bankruptcy Code Authorizing Debtors to Continue to Pay the Expenses of the Joint NSSC Receivers (Docket No. 180; Filed on April 11, 2011)

Status: This matter has been adjourned to a date to be determined.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL**:

4. Application of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 327(e) and 328 and Fed.R.Bankr.P. 2014(a) Authorizing the Retention and Employment of O'Melveny & Myers LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date (Docket No. 189; Filed on April 13, 2011)

Related Documents:

a. Certificate of No Objection to Application of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 327(e) and 328 and Fed.R.Bankr.P. 2014(a) Authorizing the Retention and Employment of O'Melveny & Myers LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date (Docket No. 306; Filed on May 11, 2011)

b. Proposed Form of Order.

Response Deadline: May 9, 2011 at 4:00 p.m.

Objections/Responses Received: None.

Status: A certificate of no objection has been filed. No hearing is required.

5. Debtors' Application for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing the Retention of Stroz Friedberg, LLC as the Debtors' Electronic Discovery Services Provider *Nunc Pro Tunc* to the Petition Date (Docket No. 196; Filed on April 13, 2011)

Related Documents:

a. Certification of Counsel Submitting Order Pursuant to 11 U.S.C. §§ 105(a) and 363 Authorizing the Retention of Stroz Friedberg, LLC as the Debtors' E-Discovery Services Provider (Docket No. 307; Filed May 11, 2011)

b. Proposed Form of Order.

Response Deadline: May 9, 2011 at 4:00 p.m.

Objections/Responses Received:

c. Informal Comments by the Office of the United States Trustee.

Status: No formal responses were filed in connection with this matter. The Debtors have filed a revised form of order under certification of counsel to address informal comments received by the Office of the United States Trustee.

6. Motion of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al.*, Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3) and 1103(c) for Entry of an Order Approving Information Sharing Protocol and Retention of Kurtzman Carson Consultants as Committee's Communications Agent *Nunc Pro Tunc* to April 5, 2011 (Docket No. 269; Filed on April 26, 2011)

Related Documents:

a. Certification of Counsel Regarding Motion of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al.*, Pursuant to 11

US_ACTIVE-106091575.2

U.S.C. §§ 105(a), 1102(b)(3) and 1103(c) for Entry of an Order Approving Information Sharing Protocol and Retention of Kurtzman Carson Consultants as Committee's Communications Agent *Nunc Pro Tunc* to April 5, 2011 (Docket No. 310; Filed on May 11, 2011)

    b.    Proposed Form of Order.

Response Deadline:    May 9, 2011 at 4:00 p.m.

Objections/Responses Received:    None.

    c.    Informal Comments by the Office of the United States Trustee.

Status: No formal responses were filed in connection with this matter. The Committee has filed a revised form of order under certification of counsel to address informal comments received by the Office of the United States Trustee.

7.    Debtors' Amended Motion for an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized by the Debtors and, to the Extent Necessary, Certain Non-Debtor Subsidiaries, in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date (Docket No. 274; Filed on April 27, 2011)

Related Documents:

    a.    Debtors' Motion for an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized by the Debtors in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date (Docket No. 197; Filed on April 11, 2011)

    b.    Certificate of No Objection to Debtors' Amended Motion for an Order Authorizing the Debtors to Employ and Compensate Professionals Utilized by the Debtors and, to the Extent Necessary, Certain Non-Debtor Subsidiaries, in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date (Docket No. 308; Filed on May 11, 2011)

    c.    Proposed Form of Order.

Response Deadline:    May 9, 2011 at 4:00 p.m.

Objections/Responses Received:    None.

Status: A certificate of no objection has been filed. No hearing is required.

8.    Motion for an Order Authorizing and Approving the Retention of Guggenheim Securities, LLC as Investment Banker and Financial Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date and Waiving Certain Informational Requirements Pursuant to Del. Bankr. L.R. 2016-2(g) (Docket No. 278; Filed on May 2, 2011)

Related Documents:

a. Supplemental Declaration of David Mainoff in Support of Motion for an Order Authorizing and Approving the Retention of Guggenheim Securities, LLC as Investment Banker and Financial Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date and Waiving Certain Informational Requirements Pursuant to Del. Bankr. L.R. 2016-2(g) (Docket No. 309; Filed on May 12, 2011)

b. Certification of Counsel Submitting Order Authorizing and Approving the Retention of Guggenheim Securities, LLC as Investment Banker and Financial Adviser to the Debtors *Nunc Pro Tunc* to the Petition Date (Docket No. 312; Filed May 12, 2011)

c. Proposed Form of Order.

Response Deadline: May 9, 2011 at 4:00 p.m.

Objections/Responses Received:

d. Informal Comments by the United States Trustee and the Official Committee of Unsecured Creditors.

Status: No formal responses were filed in connection with this matter. The Debtors have filed a revised form of order under certification of counsel to address informal comments received by the United States Trustee and the Official Committee of Unsecured Creditors.

**CONTESTED MATTERS**:

9. Application of the Official Committee of Unsecured Creditors for Entry of Order Pursuant to 11 U.S.C. §§ 1103, Fed.R.Bankr.P. 2014, and Del.Bankr.L.R. 2014-1 Approving Retention of Montgomery, McCracken, Walker & Rhoads, LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to April 6, 2011 (Docket No. 217; Filed on April 18, 2011)

    Related Documents: None.

    Response Deadline: May 9, 2011 at 4:00 p.m.

    Objections/Responses Received:

    a. Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals (Docket No. 287; Filed on May 9, 2011)

b. Official Committee of Unsecured Creditors' Reply to (I) Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals and (II) NSI Receiver's Objection and Reservation of Rights to (A) The Applications of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et. al*., to Retain Houlihan Lokey Howard & Zukin Capital, Inc. Zolfo Cooper, LLC and NewOak Solutions LLC; and (B) the Application of §328 (a) to the Review of the Fees of Any Professional Retained by the Creditors' Committee (Docket No. 311; Filed on May 11, 2011)

Status: This matter is going forward.

10. Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al*., Under 11 U.S.C. §§ 328 and 1103(a), Fed.R.Bankr.P. 2014 and 5002, and Local R. 2014-1 for Order Authorizing *Nunc Pro Tunc* Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP, as Counsel (Docket No. 219; Filed on April 18, 2011)

Related Documents:

a. Notice of Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al*., Under 11 U.S.C. §§ 328 and 1103(a), Fed.R.Bankr.P. 2014 and 5002, and Local R. 2014-1 for Order Authorizing *Nunc Pro Tunc* Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP, as Counsel (Docket No. 270; Filed on April 26, 2011)

Response Deadline:    May 9, 2011 at 4:00 p.m.

Objections/Responses Received:

b. Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals (Docket No. 287; Filed on May 9, 2011)

c. Official Committee of Unsecured Creditors' Reply to (I) Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals and (II) NSI Receiver's Objection and Reservation of Rights to (A) The Applications of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et. al*., to Retain Houlihan Lokey Howard & Zukin Capital, Inc. Zolfo Cooper, LLC and NewOak Solutions LLC; and (B) the Application of §328 (a) to the Review of the Fees of Any Professional Retained by the Creditors' Committee (Docket No. 311; Filed on May 11, 2011)

Status: This matter is going forward.

11. Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al*., Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Fed.R.Bankr.P. 2014 and 50002, and Local R. 2014-1, for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisor and Investment Banker, *Nunc Pro Tunc* to April 8, 2011 (Docket No. 247; Filed on April 22, 2011)

   Related Documents:

   a. Notice of Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al*., Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Fed.R.Bankr.P. 2014 and 50002, and Local R. 2014-1, for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisor and Investment Banker, *Nunc Pro Tunc* to April 8, 2011 (Docket No. 271; Filed on April 26, 2011)

   Response Deadline:  May 9, 2011 at 4:00 p.m.

   Objections/Responses Received:

   b. Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals (Docket No. 287; Filed on May 9, 2011)

   c. NSI Receiver's Objection and Reservation of Rights to (A) The Applications of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et. al*., to Retain Houlihan Lokey Howard & Zukin Capital, Inc. Zolfo Cooper, LLC and NewOak Solutions LLC; and (B) the Application of §328 (a) to the Review of the Fees of Any Professional Retained by the Creditors' Committee (Docket No. 298; May 10, 2011)

   d. Official Committee of Unsecured Creditors' Reply to (I) Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals and (II) NSI Receiver's Objection and Reservation of Rights to (A) The Applications of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et. al*., to Retain Houlihan Lokey Howard & Zukin Capital, Inc. Zolfo Cooper, LLC and NewOak Solutions LLC; and (B) the Application of §328 (a) to the Review of the Fees of Any Professional Retained by the Creditors' Committee (Docket No. 311; Filed on May 11, 2011)

   **e. Certification of Counsel Regarding the Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al*., Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Fed.R.Bankr.P. 2014 and 50002, and Local R. 2014-1, for Entry of an Order Authorizing Retention and Employment of Houlihan Lokey Howard & Zukin Capital, Inc. as Financial**

**Advisor and Investment Banker,** *Nunc Pro Tunc* **to April 8, 2011 (Docket No. 314; Filed on May 12, 2011)**

Status: This matter is going forward.

12. Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al.*, Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Fed.R.Bankr.P. 2014 and 5002, and Local R. 2014-1, for Entry of an Order Authorizing Retention and Employment of Zolfo Cooper, LCC as Its Forensic Accountants and Litigation Support Consultants *Nunc Pro Tunc* to April 12, 2011 (Docket No. 272; Filed on April 27, 2011)

    Related Documents: None.

    Response Deadline: May 9, 2011 at 4:00 p.m.

    Objections/Responses Received:

    a. Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals (Docket No. 287; Filed on May 9, 2011)

    b. NSI Receiver's Objection and Reservation of Rights to (A) The Applications of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et. al.*, to Retain Houlihan Lokey Howard & Zukin Capital, Inc. Zolfo Cooper, LLC and NewOak Solutions LLC; and (B) the Application of §328 (a) to the Review of the Fees of Any Professional Retained by the Creditors' Committee (Docket No. 298; May 10, 2011)

    c. Official Committee of Unsecured Creditors' Reply to (I) Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals and (II) NSI Receiver's Objection and Reservation of Rights to (A) The Applications of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et. al.*, to Retain Houlihan Lokey Howard & Zukin Capital, Inc. Zolfo Cooper, LLC and NewOak Solutions LLC; and (B) the Application of §328 (a) to the Review of the Fees of Any Professional Retained by the Creditors' Committee (Docket No. 311; Filed on May 11, 2011)

    **d. Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc.,** *et al.***, Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Fed.R.Bankr.P. 2014 and 5002, and Local R. 2014-1, for Entry of an Order Authorizing Retention and Employment of Zolfo Cooper, LCC as Its Forensic Accountants and Litigation Support Consultants** *Nunc Pro Tunc* **to April 12, 2011 (Docket No. 318; Filed on May 12, 2011)**

US_ACTIVE-106091575.2

Status: This matter is going forward.

13. Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al*., Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Fed.R.Bankr.P. 2014 and 5002, and Local R. 2014-1, for Entry of an Order Authorizing Retention and Employment of NewOak Solutions LLC as Consultant, *Nunc Pro Tunc*, to April 8, 2011 (Docket No. 275; Filed on April 28, 2011)

    Related Documents: None.

    Response Deadline: May 9, 2011 at 4:00 p.m.

    Objections/Responses Received:

    a. Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals (Docket No. 287; Filed on May 9, 2011)

    b. NSI Receiver's Objection and Reservation of Rights to (A) The Applications of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et. al*., to Retain Houlihan Lokey Howard & Zukin Capital, Inc. Zolfo Cooper, LLC and NewOak Solutions LLC; and (B) the Application of §328 (a) to the Review of the Fees of Any Professional Retained by the Creditors' Committee (Docket No. 298; May 10, 2011)

    c. Official Committee of Unsecured Creditors' Reply to (I) Limited Objection of the Joint NSSC Receivers' to Applications of the Official Committee of Unsecured Creditors for Entry of Orders Authorizing Retention and Employment of Professionals and (II) NSI Receiver's Objection and Reservation of Rights to (A) The Applications of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et. al*., to Retain Houlihan Lokey Howard & Zukin Capital, Inc. Zolfo Cooper, LLC and NewOak Solutions LLC; and (B) the Application of §328 (a) to the Review of the Fees of Any Professional Retained by the Creditors' Committee (Docket No. 311; Filed on May 11, 2011)

    **d. Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of New Stream Secured Capital, Inc., *et al*., Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Fed.R.Bankr.P. 2014 and 5002, and Local R. 2014-1, for Entry of an Order Authorizing Retention and Employment of NewOak Solutions LLC as Consultant, *Nunc Pro Tunc*, to April 8, 2011 (Docket No. 316; Filed on May 12, 2011)**

    Status: This matter is going forward.

14. Motion Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 and Federal Rule of Bankruptcy Procedure 2002, 6004 and 6006 for Entry of an Order (A) Authorizing Insurance Portfolio Sale Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Assume and Assign Executory Contracts and Unexpired Leases; (C) Approving Form and Manner of Notice; and (D) Granting Related Relief (Docket No. 273; Filed on April 27, 2011)

    Related Documents:

    a.  Order on Consent (I) Approving Bid Incentives Including Break-Up Fee, (II) Establishing Sales Procedures and (II) Granting Related Relief (Docket No. 262; Entered on April 25, 2011)

    b.  Order Approving Stipulation Resolving Certain Objections to (A) Motion of Debtors for Entry of Orders (I) Approving Debtor-in-Possession Financing Pursuant to 11 U.S.C. §§ 105(a), 362, and 364 and Fed. Bankr. P. 2002, 4001 and 9014 and Local Bankruptcy Rule 4001-2; (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 of the Bankruptcy Code (III) Granting Adequate Protection and Superpriority Administrative Claims; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief and (B) Debtors' Motion For An Order (I) Approving Bid Incentives, Including Break-Up Fee, And (II) Granting Related Relief (Docket No. 236; Entered on April 25, 2011)

    Response Deadline:    May 11, 2011 at 4:00 p.m.

    Objections/Responses Received:

    c.  Limited Objection of SPAR (2004) L.P. to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 and Federal Rule of Bankruptcy Procedure 2002, 6004 and 6006 for Entry of an Order (A) Authorizing Insurance Portfolio Sale Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Assume and Assign Executory Contracts and Unexpired Leases; (C) Approving Form and Manner of Notice; and (D) Granting Related Relief (Docket No. 302; Filed on May 11, 2011)

    d.  Limited Objection of Certain US/Cayman Investors to Debtors' Motion for an Order Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code Authorizing Insurance Portfolio Sale (Docket No. 305; filed on May 11, 2011)

    e.  [Debtors'] Omnibus Reply to Limited Objections of (I) SPAR (2004) L.P. and (II) Certain US/Cayman Investors to Motion Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 and Federal Rule of Bankruptcy Procedure 2002, 6004 and 6006 for Entry of an Order (A) Authorizing Insurance Portfolio Sale Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Debtors to Assume and Assign Executory Contracts and Unexpired Leases; (C) Approving Form and

Manner of Notice; and (D) Granting Related Relief (Docket No. 315; Filed on May 12, 2011)

Status: This matter is going forward.

15. [Debtors'] Motion for Supplemental Final Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b) and Fed.R.Bankr.P. 2015 Authorizing and Approving Continued Use of Cash Management System (Docket No. 300; Filed on May 10, 2011)

    Related Documents:

    a.  Final Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b), and Fed. R. Bankr. P. 2015 (I) Authorizing and Approving (a) the Debtors' Continued Use of Their Existing Cash Management System, (b) the Debtors' Use of Pre-Petition Bank Accounts and Business Forms, (c) the Continuation of Ordinary Course Intercompany Transactions, and (II) Waiving the Requirements of Section 345(b) with Respect to the Debtors' Cash Deposits Pending the Debtors' Opening of Debtor-in-Possession Accounts (Docket No. 267; Entered on April 26, 2011)

    b.  Notice of Filing of Additional Documents in Support of Final Approval of Cash Management Motion (Docket No. 119; Filed on March 30, 2011)

    c.  Order Pursuant to Del.Bankr.L.R. Shortening the Time for Notice of the Hearing and Objection Deadline for Debtors'Motion for Supplemental Final Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b) and Fed.R.Bankr.P. 2015 Authorizing and Approving Continued Use of Cash Management System (Docket No. 303; Entered on May 12, 2011)

    Response Deadline:   Prior to or at the Hearing

    Objections/Responses Received:   None to date.

    Status: This matter is going forward.

Dated: May 13, 2011
     Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: <u>J. Cory Falgowski</u>
    Kurt F. Gwynne (No. 3951)
    J. Cory Falgowski (No. 4546)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778 7500
    Facsimile: (302) 778 7575
    Email: kgwynne@reedsmith.com
          jfalgowski@reedsmith.com

    - and -

Michael J. Venditto, Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: mvenditto@reedsmith.com

Counsel for the Debtors and Debtors-in-Possession

- 13 -

US_ACTIVE-106091575.2

Dated: May 13, 2011
     Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: <u>J. Cory Falgowski</u>
    Kurt F. Gwynne (No. 3951)
    J. Cory Falgowski (No. 4546)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778 7500
    Facsimile: (302) 778 7575
    Email: kgwynne@reedsmith.com
          jfalgowski@reedsmith.com

    - and -

Michael J. Venditto, Esquire
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: mvenditto@reedsmith.com

Counsel for the Debtors and Debtors-in-Possession