# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:   New Stream Capital, LLC | } } } } } } | CASE NUMBER: 11-10755 |
| | | JUDGE *Mary F. Walrath* |
| DEBTOR. | | CHAPTER 11 |

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM   October 1, 2012   TO   December 31, 2012

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the

Guidelines established by the United States Trustee and FRBP 2015.

Dated:   2/4/2013

*Michael Buenzow* (signature)
Signature of Authorized Individual

Debtor's Address
New Stream Capital, LLC
38C Grove Street
Ridgefield, CT  06877

Michael Buenzow
Printed Name of Authorized Individual

Plan Administrator
Title of Authorized Individual

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**  **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? **N/A** | | |
| 2. Are any post-confirmation sales or payroll taxes past due? **N/A** | | |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? **N/A** | | |
| 4. Is the Debtor current on all post-confirmation plan payments? **N/A** | | |
| | | |

*If the answers to any of the above questions is "YES", provide a detailed explanation of each item on a separate sheet.
See Note (A) below.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? **N/A** | | |
| 2. Are all premium payments current? **N/A** | | |

*If the answers to any of the above questions is "NO", provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| **N/A** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS AND MATTERS DURING THIS REPORTING PERIOD:**
(A) - The New Stream Secured Capital, Inc., et al, Amended Joint Plan of Reorganization (the "Plan") was confirmed on April 23, 2012. On May 9, 2012 the Plan went effective and substantially all of the assets were distributed to its creditors in full settlement, discharge, release and satisfaction of their claims against, or interests in the Debtors' in these Chapter 11 cases.  In addition, the Plan provided for appointment of a Plan Administrator to carry out and implement all provisions of the Plan as well as other administrative functions for the post-effective Debtors.

MONTHLY OPERATING REPORT - ATTACHMENT NO 2
POST CONFIRMATION

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | New Stream Capital, LLC |
| Case Number: | 11-10755 |
| Plan Effective Date: | May 9, 2012 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Quarterly Oct 1, 2012 - Dec 31, 2012 | Post Effective Date Total |
|---|---:|---:|
| **1. CASH (Beginning of Period)** | $ 448,962.92 | $ 500,749.66 |
| **2. INCOME or RECEIPTS during the Period** | 27,483.54 | 43,033.54 |
| **3. DISBURSEMENTS** | | |
| **a. Operating Expenses (Fees/Taxes):** | | |
| (i) U.S. Trustee Quarterly Fees | | |
| (ii) Federal Taxes | | |
| (iii) State Taxes | | |
| (iv) Other Taxes | | |
| **b. All Other Operating Expenses:** | | |
| (i) Payment to NSSC - Pursuant to POR (1) | | 533.60 |
| (ii) Transferred to NSCS | | 15,500.00 |
| (iii) Bank Fees | 413.75 | 1,489.01 |
| (iv) Other Operating Expenses | 36,751.32 | 71,780.84 |
| (v) Transfer to NSSC | 27,483.54 | 27,483.54 |
| **c. Plan Payments:** | | |
| (i) Administrative Claims | | 15,198.36 |
| (ii) Class One | | |
| (iii) Class Two | | |
| (iv) Class Three | | |
| (v) Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | 64,648.61 | 131,985.35 |
| **4. CASH (End of Period)** | $ 411,797.85 | $ 411,797.85 |

| | |
|---|---:|
| **Total Disbursements (Operating & Plan)** | $ 64,648.61 |
| Less: Transfers to Debtor in Possession Accounts | $ - |
| Total Disbursements for calculating U.S.Trustee Quarterly Fees | $ 64,648.61 |

(1) - Substanially all of the cash held by NSC was upstreamed to NSSC on May 9, 2012 pursuant to the Debtors' Amended Joint Plan of Reorganization.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**                                                                                       **ATTACHMENT NO. 3**

### CHAPTER 11 POST - CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
#### Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | JP Morgan Chase | | | |
| Account Number: | 976478743 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. Balance per Bank Statement | $ 429,374.54 | | | |
| 2. ADD: Deposits not credited | 0.00 | | | |
| 3: SUBTRACT: Outstanding checks | 17,576.69 | | | |
| 4: Other Reconciling Items | 0.00 | | | |
| 5: Month End Balance (Must Agree with Books) | $ 411,797.85 | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank/Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO 4

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENT DETAILS

| Check Number | Date | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| **JP Morgan Chase A/C 8743 (Operating - Checking Account)** | | | | |
| EFT | 10/04/2012 | Stroz Friedberg, LLC | August 2012 Fees | $ 19,174.63 |
| EFT | 10/09/2012 | New Stream Secured Capital LP | Transfer of cash receipt (a) | 27,483.54 |
| EFT | 10/15/2012 | JP Morgan Chase | Bank Service Charges | 194.08 |
| 1012 | 10/25/2012 | Stroz Friedberg, LLC | September 2012 Fees | 17,576.69 |
| EFT | 11/15/2012 | JP Morgan Chase | Bank Service Charges | 134.32 |
| EFT | 12/17/2012 | JP Morgan Chase | Bank Service Charges | 85.35 |
| **TOTAL** | | | | **$ 64,648.61** |

(a) $27,483.54 was received into New Stream Capital on 10/9/2012 from Miller Starr Regalia. This money represents the return of unused retainer from Miller Starr Regalia Legal Counsel re: Royce International Property. The funds were transferred to NSSC since the property was owned by a non-debtor subsidiary of NSSC.

MONTHLY OPERATING REPORT - POST CONFIRMATION

Supplemental Attachment

## New Stream Capital, LLC
**Profit & Loss**

|  | Oct 1, 2012 - Dec 31, 2012 | Post Effective Period May 10, 2012 - Dec 31, 2012 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
|     Income | 0.00 | 0.00 |
|     Expense | 0.00 | 0.00 |
| **Net Ordinary Income** | 0.00 | 0.00 |
| **Net Income** | **0.00** | **0.00** |

MONTHLY OPERATING REPORT -  Supplemental Attachment
POST CONFIRMATION

# New Stream Capital, LLC
## Balance Sheet

|  | Dec 31, 2012 | Effective Date May 9, 2012 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| Z100000 · CASH | | |
| Z110010 · Chase - NSC 8743 | 411,797.85 | 500,749.66 |
| Total Z100000 · CASH | 411,797.85 | 500,749.66 |
| **Total Checking/Savings** | 411,797.85 | 500,749.66 |
| **Other Current Assets** | | |
| Z111110 · Receivables from NSSC LP | | |
| Z111111 · Receivable from NSSC LP | 0.00 | -533.60 |
| Total Z111110 · Receivables from NSSC LP | 0.00 | -533.60 |
| **Total Other Current Assets** | 0.00 | -533.60 |
| **Total Current Assets** | 411,797.85 | 500,216.06 |
| **TOTAL ASSETS** | **411,797.85** | **500,216.06** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | 0.00 | 0.00 |
| 20000 · Accounts Payable | 0.00 | 0.00 |
| **Other Current Liabilities** | | |
| Z227601 · Accrued Bank Fees | 0.00 | 216.06 |
| Z227600 · Deferred Revenue | 411,797.85 | 500,000.00 |
| **Total Other Current Liabilities** | 411,797.85 | 500,216.06 |
| **Total Current Liabilities** | 411,797.85 | 500,216.06 |
| **Total Liabilities** | 411,797.85 | 500,216.06 |
| **Equity** | | |
| **Total Equity** | 0.00 | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | **411,797.85** | **500,216.06** |