# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| IN RE: | New Stream Secured Capital, Inc. | } | **CASE NUMBER:** 11-10753 |
| | | } | |
| | | } | **JUDGE** *Mary F. Walrath* |
| | | } | |
| | | } | |
| | **DEBTOR.** | } | **CHAPTER 11** |

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD
**FROM** April 1, 2013 **TO** June 30, 2013

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the

Guidelines established by the United States Trustee and FRBP 2015.

Dated:   7/30/2013

*[signature: Michael Buenzow]*
Signature of Authorized Individual

Debtor's Address:
New Stream Secured Capital, Inc.
c/o Edex Recovery Solutions, LLC
50 Washington Street
Suite 401
South Norwalk, CT 06854

Michael Buenzow
Printed Name of Authorized Individual

Plan Administrator
Title of Authorized Individual

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                           **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | | |
|---|---|---|
| | **YES*** | **NO** |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? **N/A** | | |
| 2. Are any post-confirmation sales or payroll taxes past due? **N/A** | | |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? **N/A** | | |
| 4. Is the Debtor current on all post-confirmation plan payments? **N/A** | | |
| | | |

*If the answers to any of the above questions is "YES", provide a detailed explanation of each item on a separate sheet.
See Note (A) below.

| INSURANCE INFORMATION | | |
|---|---|---|
| | **YES** | **NO*** |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? **N/A** | | |
| 2. Are all premium payments current? **N/A** | | |

*If the answers to any of the above questions is "NO", provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| **TYPE of POLICY   and   CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS AND MATTERS DURING THIS REPORTING PERIOD:**
(A) - The New Stream Secured Capital, Inc., et al, Amended Joint Plan of Reorganization (the "Plan") was confirmed on April 23, 2012. On May 9, 2012 the Plan went effective and substantially all of the assets were distributed to its creditors in full settlement, discharge, release and satisfaction of their claims against, or interests in the Debtors' in these Chapter 11 cases.  In addition, the Plan provided for appointment of a Plan Administrator to carry out and implement all provisions of the Plan as well as other administrative functions for the post-effective Debtors.

MONTHLY OPERATING REPORT -         ATTACHMENT NO 2
POST CONFIRMATION

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | New Stream Secured Capital, Inc. |
| Case Number: | 11-10753 |
| Plan Effective Date: | May 9, 2012 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Quarterly Jan 1, 2013 - Mar 31, 2013 | Post Effective Date Total |
|---|---:|---:|
| **1. CASH (Beginning of Period)** | $ 41,956.01 | $ 523.81 |
| **2. INCOME or RECEIPTS during the Period** | | $ 42,057.10 |
| **3. DISBURSEMENTS** | | |
| **a. Operating Expenses (Fees/Taxes):** | | |
| (i) U.S. Trustee Quarterly Fees | | |
| (ii) Federal Taxes | | |
| (iii) State Taxes | | |
| (iv) Other Taxes | | |
| **b. All Other Operating Expenses:** | | |
| (i) Payment to NSSC - Pursuant to POR (1) | | |
| (ii) Bank Fees | | 624.90 |
| (ii) Other Operating Expenses | | |
| **c. Plan Payments:** | | |
| (i) Administrative Claims | | |
| (ii) Class One | | |
| (iii) Class Two | | |
| (iv) Class Three | | |
| (v) Class Four | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | - | 624.90 |
| **4. CASH (End of Period)** | $ 41,956.01 | $ 41,956.01 |

| | |
|---|---:|
| **Total Disbursements (Operating & Plan)** | $  - |
| Less: Transfers to Debtor in Possession Accounts | $  - |
| Total Disbursements for calculating U.S.Trustee Quarterly Fees | $  - |

**MONTHLY OPERATING REPORT -**                                                                     **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST - CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | JP Morgan Chase | | | |
| Account Number: | 976478701 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. Balance per Bank Statement | $ 41,956.01 | | | |
| 2. ADD: Deposits not credited | | | | |
| 3: SUBTRACT: Outstanding checks | | | | |
| 4: Other Reconciling Items | | | | |
| 5: Month End Balance (Must Agree with Books) | $ 41,956.01 | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank/Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT - ATTACHMENT NO 4
POST CONFIRMATION

# CHAPTER 11 POST-CONFIRMATION
# CASH/DEBIT/CHECK DISBURSEMENT DETAILS

| Check Number | Date | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| **JP Morgan Chase A/C 8701 (Operating - Checking Account)** | | | | |
| | | | | 0.00 |
| **TOTAL** | | | | 0.00 |

# New Stream Secured Capital, INC.
## Reconciliation Detail
### _110020 · Chase 976478701, Period Ending 04/30/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 41,956.01 |
| Cleared Balance | | | | | | 41,956.01 |
| Register Balance as of 04/30/2013 | | | | | | 41,956.01 |
| **Ending Balance** | | | | | | **41,956.01** |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

March 30, 2013 through April 30, 2013
**Account Number:** 000000976478701

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00089169 WBS 802 211 12113 NNNNNNNNNNN  1 000000000 60 0000
NEW STREAM SECURED CAPITAL INC DIP
50 WASHINGTON ST
STE 401
NORWALK CT 06854-2750



## Commercial Checking
### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $41,956.01 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$41,956.01** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

# New Stream Secured Capital, INC.
## Reconciliation Detail
### _110020 · Chase 976478701, Period Ending 05/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 41,956.01 |
| Cleared Balance | | | | | | 41,956.01 |
| Register Balance as of 05/31/2013 | | | | | | 41,956.01 |
| **Ending Balance** | | | | | | **41,956.01** |

# JPMorganChase

JPMorgan Chase Bank, N.A.  
Northeast Market  
P O Box 659754  
San Antonio, TX 78265 - 9754

May 01, 2013 through May 31, 2013  
**Account Number:** 000000976478701

## Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00089357 WBS 802 211 15213 NNNNNNNNNNN 1 000000000 60 0000  
NEW STREAM SECURED CAPITAL INC DIP  
50 WASHINGTON ST  
STE 401  
NORWALK CT 06854-2750



## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $41,956.01 | |
| Deposits and Credits | 0 | $0.00 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$41,956.01** | |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

# New Stream Secured Capital, INC.
## Reconciliation Detail
### _110020 · Chase 976478701, Period Ending 06/30/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 41,956.01 |
| Cleared Balance | | | | | | 41,956.01 |
| Register Balance as of 06/30/2013 | | | | | | 41,956.01 |
| **Ending Balance** | | | | | | **41,956.01** |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

June 01, 2013 through June 28, 2013
**Account Number:** 000000976478701

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00108905 WBS 802 211 18013 NNNNNNNNNNN 1 000000000 60 0000
NEW STREAM SECURED CAPITAL INC DIP
50 WASHINGTON ST
STE 401
NORWALK CT 06854-2750



## Commercial Checking
### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $41,956.01 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$41,956.01** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

**JPMorganChase**

June 01, 2013 through June 28, 2013
**Account Number:** 000000976478701

New Stream Secured Capital Inc Dip



## Stop Payment Renewal Notice

Account Number  000000976478701                                         Bank Number:  802

The following Stop Payments will automatically renew for a 1-year period.  You may revoke a Stop prior to the renewal date by simply returning a signed copy of this form with an 'X' placed next to each item you may wish to revoke.  The revoking of stop payments will be effective on the renewal date listed on your statement.  To immediately remove a current stop payment, please contact your Customer Service Representative.  Please allow 10 - 15 days for mail and processing times.  Please ensure that an authorized signature is placed in the space provided and mailed to the return address listed at the bottom of the page.  Any stops that are revoked will expire on the renewal date  .

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| ―― | 0000001 | 09/10/2012 | 09/10/2013 | 1009 | $15,198.36 |

AUTHORIZED SIGNATURE: _____        DATE: _____

New Stream Secured Capital Inc Dip                              JPMorgan Chase Bank, N.A.
50 Washington St                                                Northeast Market
Ste 401                                                         P O Box 659754
Norwalk CT 06854-2750                                           San Antonio  TX 78265-9754

This Page Intentionally Left Blank