

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:**    New Stream Secured Capital, LP | } | **CASE NUMBER:** 11-10756 |
| | } | |
| | } | **JUDGE** *Mary F. Walrath* |
| | } | |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD
**FROM**    Oct 1, 2013    **TO**    Dec 31, 2013

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the

Guidelines established by the United States Trustee and FRBP 2015.

Dated:    1/17/2014

*Michael Buenzow*
Signature of Authorized Individual

Debtor's Address:
New Stream Secured Capital, LP
c/o Edex Recovery Solutions, LLC
50 Washington Street
Suite 401
South Norwalk, CT 06854

Michael Buenzow
Printed Name of Authorized Individual

Plan Administrator
Title of Authorized Individual

Note:  The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                                                              **ATTACHMENT NO. 1**

**POST CONFIRMATION**

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1.  Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period?  **N/A** | | |
| 2.  Are any post-confirmation sales or payroll taxes past due? **N/A** | | |
| 3.  Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? **N/A** | | |
| 4.  Is the Debtor current on all post-confirmation plan payments?  **N/A** | | |
| | | |

**\*If the answers to any of the above questions is "YES", provide a detailed explanation of each item on a separate sheet.**

**See Note (A) below.**

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1.  Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect?     **N/A** | | |
| 2.  Are all premium payments current?      **N/A** | | |

**\*If the answers to any of the above questions is "NO", provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| **N/A** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| (A) - The New Stream Secured Capital, Inc., et al, Amended Joint Plan of Reorganization (the "Plan") was confirmed on April 23, 2012. On May 9, 2012 the Plan went effective and substantially all of the assets were distributed to its creditors in full settlement, discharge, release and satisfaction of their claims against, or interests in the Debtors' in these Chapter 11 cases.  In addition, the Plan provided for appointment of a Plan Administrator to carry out and implement all provisions of the Plan as well as other administrative functions for the post-effective Debtors. |

MONTHLY OPERATING REPORT -                                    ATTACHMENT NO 2
POST CONFIRMATION

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | New Stream Secured Capital, LLP |
| Case Number: | 11-10756 |
| Plan Effective Date: | May 9, 2012 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | Quarterly Oct 1, 2013 - Dec 31, 2013 | Post Effective Date Total |
|---|---|---|
| **1. CASH (Beginning of Period)** | $ 3,839,408.38 | $ 6,642,178.38 |
| | | |
| **2. INCOME or RECEIPTS during the Period:** | | |
| a. Interest Income | | 990.89 |
| b. Transfer from NSSC accounts | | 11,181,926.38 |
| c. Transfer from NSCF (Intercompany) | | 92,568.43 |
| d. Transfer from NSRES (Intercompany) | | 44,548.06 |
| e. Transfer from NSCFS (Intercompany) | | 15,558.67 |
| f. Transfer from NSAF (Intercompany) | | 32,516.33 |
| g. Transfer from NSCS (Intercompany) | | 117,935.64 |
| h. Transfer funds pursuant to POR | | 15,141.50 |
| i. Receipt of Management Fees - Siemen's transaction | | 1,290,793.96 |
| j. Proceeds from D&O policy | | 984,410.75 |
| k. Cayman Fund Dissolution Payment Reimbursement | | 262,482.00 |
| l. Other | 140.94 | 67,067.48 |
| **Total Income/Receipts** | $ 140.94 | $ 14,105,940.09 |
| | | |
| **3. DISBURSEMENTS** | | |
| **a. Operating Expenses (Fees/Taxes):** | | |
| (i) U.S. Trustee Quarterly Fees | 2,600.00 | 80,965.45 |
| (ii) Federal Taxes | | - |
| (iii) State Taxes | | 353.88 |
| (iv) Other Taxes | | - |
| (i)  Payment to NSSC - Pursuant to POR (1) | | - |
| (ii) Bank Fees | 1,854.75 | 12,707.93 |
| (iii)  Transfer to NSSC Accounts | | 11,181,926.38 |
| (iv) Transfer to NSSCI | | 100.00 |
| (v) Transfer to NSI | | 75,000.00 |
| (vi) Other Operating Expenses | 234,474.16 | 2,417,938.48 |
| | | - |
| **c. Plan Payments:** | | |
| (i)  Administrative Claims | | 27,432.26 |
| (ii) Professional Claims | | 3,351,073.68 |
| (iii) Class One | | - |
| (iv) Class Two | | - |
| (v)  Class Three | | - |
| (vi) Class Four (a) - NSI | | - |
| (Attach additional pages as needed) | | - |
| | | - |
| | | - |
| | | - |
| **Total Disbursements (Operating & Plan)** | $ 238,928.91 | $ 17,147,498.06 |
| | | |
| **4.  CASH (End of Period)** | $ 3,600,620.41 | $ 3,600,620.41 |

| | | |
|---|---|---|
| Total Disbursements (Operating & Plan) less US Trustee Fees | $ | 236,328.91 |
| Less:  Transfers to Debtor in Possession Accounts | $ | - |
| Total Disbursements for calculating U.S.Trustee Quarterly Fees | $ | 236,328.91 |

MONTHLY OPERATING REPORT -                                                    ATTACHMENT NO. 3
POST CONFIRMATION

# CHAPTER 11 POST - CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | JP Morgan Chase | JP Morgan Chase | | |
| Account Number: | 976478719 | 976478727 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | | |
| Type of Account (e.g. checking) | Checking | Money Market | | |
| | | | | |
| 1.  Balance per Bank Statement | $   3,602,177.74 | $          42.67 | | |
| 2.  **ADD**:  Deposits not credited | | | | |
| 3 : **SUBTRACT**: Outstanding checks | 1,600.00 | | | |
| 4:  Other Reconciling Items | | | | |
| 5:  **Month End Balance** (Must Agree with Books) | $   3,600,577.74 | $          42.67 | | |
| | | | | |

 Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank/Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

 Note:  Attach copy of each investment account statement.

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENT DETAILS

| Check Number | Date | Payee | Purpose or Description | Amount |
|---|---|---|---|---:|
| **JP Morgan Chase A/C 8727 (Operating - Money Market)** | | | | |
| | | | | 0.00 |
| **JP Morgan Chase A/C 8719 (Operating - Checking)** | | | | |
| 1163 (void) | 09/17/13 | Reed Smith, LLP | Reed Smith, LLP | (8,996.57) |
| 1169 | 10/01/13 | Edex Recovery Solutions | Administration fees | $ 5,604.20 |
| 1170 | 10/08/13 | UPS | Shipping | $ 18.10 |
| EFT | 10/15/13 | Chase | Bank service charges | $ 608.15 |
| 1171 | 10/21/13 | Barfield, Murphy, Shank & Smith, LLC | Bookkeeping | $ 546.25 |
| WIRE | 10/23/13 | CohnReznick LLP | Financial advisor | $ 137,828.89 |
| 1172 | 10/28/13 | Reed Smith, LLP | Legal | $ 2,055.45 |
| 1173 | 10/28/13 | Reed Smith, LLP | Legal | $ 337.50 |
| 1174 | 10/28/13 | FTI Consulting, Inc. | Plan administrator fees | $ 10,292.50 |
| 1175 | 10/28/13 | Reed Smith, LLP | Legal | $ 869.00 |
| 1176 | 10/28/13 | Reed Smith, LLP | Legal | $ 2,415.42 |
| 1177 | 10/28/13 | Reed Smith, LLP | Legal | $ 3,389.15 |
| 1178 | 10/28/13 | Stevens & Lee | Legal | $ 8,645.61 |
| 1179 | 11/05/13 | U.S. Trustee | US Trustee fees | $ 325.00 |
| 1180 | 11/05/13 | U.S. Trustee | US Trustee fees | $ 1,625.00 |
| 1181 | 11/05/13 | U.S. Trustee | US Trustee fees | $ 325.00 |
| 1182 | 11/05/13 | U.S. Trustee | US Trustee fees | $ 325.00 |
| 1183 | 11/05/13 | Edex Recovery Solutions | Administration fees | $ 5,604.20 |
| 1184 | 11/05/13 | The Company Corporation | Office expense | $ 235.00 |
| EFT | 11/15/13 | Chase | Bank service charges | $ 618.94 |
| 1185 | 11/19/13 | Barfield, Murphy, Shank & Smith, LLC | Bookkeeping | $ 632.50 |
| 1186 | 11/19/13 | CohnReznick LLP | Financial advisor | $ 916.00 |
| 1187 | 11/19/13 | Reed Smith, LLP | Legal | $ 320.00 |
| 1188 | 11/19/13 | Stroz Friedberg LLC | e-discovery fees | $ 6,749.53 |
| 1189 | 12/09/13 | Edex Recovery Solutions | Administration fees | $ 5,604.20 |
| 1190 | 12/09/13 | Stevens & Lee | Legal | $ 20,001.54 |
| 1191 | 12/09/13 | Reed Smith, LLP | Legal | $ 6,472.94 |
| 1192 | 12/09/13 | Stevens & Lee | Legal | $ 23,246.50 |
| 1193 | 12/10/13 | Barfield, Murphy, Shank & Smith, LLC | Bookkeeping | $ 86.25 |
| EFT | 12/16/13 | Chase | Bank service charges | $ 627.66 |
| 1194 | 12/17/13 | Franchise Tax Board | Taxes | $ 800.00 |
| 1195 | 12/17/13 | Franchise Tax Board | Taxes | $ 800.00 |
| | | | | **$ 238,928.91** |

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

October 01, 2013 through October 31, 2013
Account Number: **000000976478719**

---

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00013990 DDA 802 212 30513 NNNNNNNNNNNN 1 000000000 69 0000
NEW STREAM SECURED CAPITAL LP
DIP
50 WASHINGTON ST
STE 401
NORWALK CT 06854-2750

---

## CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $3,848,377.73 |
| Checks Paid | 5 | - 6,184.00 |
| Electronic Withdrawals | 1 | - 137,828.89 |
| Other Withdrawals, Fees & Charges | 1 | - 608.15 |
| **Ending Balance** | 7 | $3,703,756.69 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1166 | 10/01 | $7.27 |
| 1167 | 10/01 | 8.18 |
| 1169 * | 10/11 | 5,604.20 |
| 1170 | 10/15 | 18.10 |
| 1171 | 10/31 | 546.25 |
| **Total Checks Paid** |  | $6,184.00 |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous
statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the
statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

**JPMorganChase** ⬡

October 01, 2013 through October 31, 2013
Account Number: **000000976478719**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/23 | Fedwire Debit Via: Mfrs Buf/022000046 A/C: Cohnreznick Llp Edison, NJ 08837-2220 US Ref: Statement Number 13 Services From 7/1/13-9/30/13 New Stream Secured Capital Lp/Time/08:02 Imad: 1023B1Qgc02C001386 Trn: 2260300295Jo | $137,828.89 |
| **Total Electronic Withdrawals** | | **$137,828.89** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/15 | Account Analysis Settlement Charge | $608.15 |
| **Total Other Withdrawals, Fees & Charges** | | **$608.15** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/01 | $3,848,362.28 |
| 10/11 | 3,842,758.08 |
| 10/15 | 3,842,131.83 |
| 10/23 | 3,704,302.94 |
| 10/31 | 3,703,756.69 |

**JPMorganChase** ⬡

October 01, 2013 through October 31, 2013
Account Number: **000000976478719**



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement;         Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                              Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                        Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                              Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

**JPMorganChase**

This Page Intentionally Left Blank

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2013 through November 29, 2013
Account Number: **000000976478719**



### CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Professional.

00013465 DDA 802 212 33413 NNNNNNNNNNNN 1 000000000 69 0000

NEW STREAM SECURED CAPITAL LP
DIP
50 WASHINGTON ST
STE 401
NORWALK CT 06854-2750

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $3,703,756.69 |
| Deposits and Additions | 1 | 140.94 |
| Checks Paid | 15 | - 43,513.36 |
| Other Withdrawals, Fees & Charges | 1 | - 618.94 |
| Ending Balance | 17 | $3,659,765.33 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Deposit      463424668 | $140.94 |
| **Total Deposits and Additions** | | **$140.94** |

**JPMorganChase** ⬡

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1172 | 11/04 | $2,055.45 | 1180 | 11/13 | 1,625.00 |
| 1173 | 11/04 | 337.50 | 1181 | 11/13 | 325.00 |
| 1174 | 11/01 | 10,292.50 | 1182 | 11/13 | 325.00 |
| 1175 | 11/04 | 869.00 | 1183 | 11/07 | 5,604.20 |
| 1176 | 11/04 | 2,415.42 | 1184 | 11/12 | 235.00 |
| 1177 | 11/04 | 3,389.15 | 1187 * | 11/25 | 320.00 |
| 1178 | 11/01 | 8,645.61 | 1188 | 11/27 | 6,749.53 |
| 1179 | 11/13 | 325.00 | | | |
| | | | **Total Checks Paid** | | **$43,513.36** |

\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | Account Analysis Settlement Charge | $618.94 |
| **Total Other Withdrawals, Fees & Charges** | | **$618.94** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/01 | $3,684,818.58 |
| 11/04 | 3,675,752.06 |
| 11/07 | 3,670,147.86 |
| 11/12 | 3,669,912.86 |
| 11/13 | 3,667,453.80 |
| 11/15 | 3,666,834.86 |
| 11/25 | 3,666,514.86 |
| 11/27 | 3,659,765.33 |

**JPMorganChase** ⬡



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:   $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                            Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                      Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                            Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

**JPMorganChase** ⬢

This Page Intentionally Left Blank

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

November 30, 2013 through December 31, 2013
Account Number: **000000976478719**



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00014806 DDA 802 212 00114 NNNNNNNNNNN 1 000000000 69 0000
NEW STREAM SECURED CAPITAL LP
DIP
50 WASHINGTON ST
STE 401
NORWALK CT 06854-2750

## CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$3,659,765.33** |
| Checks Paid | 7 | - 56,959.93 |
| Other Withdrawals, Fees & Charges | 1 | - 627.66 |
| **Ending Balance** | **8** | **$3,602,177.74** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1185 | 12/10 | $632.50 |
| 1186 | 12/02 | 916.00 |
| 1189 * | 12/12 | 5,604.20 |
| 1190 | 12/17 | 20,001.54 |
| 1191 | 12/16 | 6,472.94 |
| 1192 | 12/17 | 23,246.50 |
| 1193 | 12/19 | 86.25 |
| **Total Checks Paid** |  | **$56,959.93** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous
statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the
statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

**JPMorganChase** ⬡

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/16 | Account Analysis Settlement Charge | $627.66 |
| **Total Other Withdrawals, Fees & Charges** | | **$627.66** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/02 | $3,658,849.33 |
| 12/10 | 3,658,216.83 |
| 12/12 | 3,652,612.63 |
| 12/16 | 3,645,512.03 |
| 12/17 | 3,602,263.99 |
| 12/19 | 3,602,177.74 |

**JPMorganChase** ⬡



November 30, 2013 through December 31, 2013
Account Number: **000000976478719**

## BALANCING YOUR CHECKBOOK ──────────────────

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your
statement or not.

1. Write in the Ending Balance shown on this statement:                 **Step 1 Balance:** $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                        **Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.                                  **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                        **Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC

**JPMorganChase** 🟡

November 30, 2013 through December 31, 2013
Account Number: **000000976478719**

This Page Intentionally Left Blank

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

October 01, 2013 through October 31, 2013

Account Number: **000000976478727**



### CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Professional.

00011479 DDA 802 212 30513 NNNNNNNNNNN 1 000000000 69 0000
NEW STREAM SECURED CAPITAL LP
REED SMITH PROFESSIONAL FEE TRUST ACCT
50 WASHINGTON ST
STE 401
NORWALK CT 06854-2750

## SAVINGS SUMMARY   JPMorgan Premier MMDA

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $42.67 |
| Ending Balance | 0 | $42.67 |
| Interest Paid Year-to-Date | | $42.67 |

## INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

| | | | | |
|---|---|---|---|---|
| 10/01 | TO | 10/31 | AT | 0.05% |

**JPMorganChase**

October 01, 2013 through October 31, 2013
Account Number: **000000976478727**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

                                                                    Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.                              Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                    Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•  Your name and account number
•  The dollar amount of the suspected error
•  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  **JPMorgan Chase Bank, N.A. Member FDIC**

**JPMorganChase** 🟦

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2013 through November 29, 2013
Account Number: **000000976478727**



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

||..||..||.||.||.||.||..||.||.||.||.||..||...||.|.||
00010901 DDA 802 212 33413 NNNNNNNNNNN 1 000000000 69 0000
NEW STREAM SECURED CAPITAL LP
REED SMITH PROFESSIONAL FEE TRUST ACCT
50 WASHINGTON ST
STE 401
NORWALK CT 06854-2750

## Agreement Updates for Deposit Accounts and Chase Liquid ® Cards

As of November 17, 2013, we are updating your agreement, including:

- Clarification of how mobile phone numbers may be used if you provide your mobile number to us. You may contact us anytime to change your contact preferences.
- Information about new, innovative technology that we are beginning to install in our branches. This includes Express Banking kiosks that function similar to ATMs.
- Enhancements to our Stop Payment process to allow you more flexibility in placing stop payments on recurring payments.

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

| SAVINGS SUMMARY | JPMorgan Premier MMDA | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $42.67 |
| Ending Balance | 0 | $42.67 |
| Interest Paid Year-to-Date | | $42.67 |

## INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

| | | | | |
|---|---|---|---|---|
| 11/01 | TO | 11/30 | AT | 0.05% |

**JPMorganChase** ⬡

November 01, 2013 through November 29, 2013
Account Number: **000000976478727**

## BALANCING YOUR CHECKBOOK

**Note:** Ensure your **checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      **Step 1 Balance:** $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | | |

 **Step 2 Total:**  $_____

3. Add Step 2 Total to Step 1 Balance.      **Step 3 Total:**  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | | |

 **Step 4 Total:**  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:      $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

**JPMorganChase** 

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio, TX 78265 - 9754

November 30, 2013 through December 31, 2013

Account Number: **000000976478727**

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00012097 DDA 802 212  00114 NNNNNNNNNNN  1 000000000 69 0000
NEW STREAM SECURED CAPITAL LP
REED SMITH PROFESSIONAL FEE TRUST ACCT
50 WASHINGTON ST
STE 401
NORWALK CT 06854-2750

| SAVINGS SUMMARY | JPMorgan Premier MMDA | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $42.67 |
| Ending Balance | 0 | $42.67 |
| | | |
| Interest Paid Year-to-Date | | $42.67 |

### INTEREST RATE ON COLLECTED BALANCE

INTEREST
RATE(S)

12/01    TO    12/31    AT    0.05%

**JPMorganChase** ⬥

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance:  $_____**

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:  $_____**

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total:  $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:  -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
· Your name and account number
· The dollar amount of the suspected error
· A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC